JENNIE T. SCHMALING *v.* SCOTT M. SCHMALING

SCOTT M. SCHMALING *v.* JENNIE T.
SCHMALING ET AL.

The petition of Scott Schmaling for certification for appeal from the Appellate Court, 48 Conn. App. 1 (AC 14649), is denied.

*George J. Markley,* in support of the petition.

*Kenneth J. Bartschi* and *Karen L. Murdoch,* in opposition.

Decided April 28, 1998

STATE OF CONNECTICUT *v.* DAVID BISPHAM

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 135 (AC 15820), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court did not abuse its discretion in admitting a written statement of the complainant as constancy of accusation evidence, and that the defendant did not show prejudice from the admission of such evidence, despite the prosecutor's closing argument that the written statement would be available for review in the jury room to support the complainant's credibility?"

The Supreme Court docket number is SC 15925.

*Glenn W. Falk,* in support of the petition.

*Lisa Herskowitz,* assistant state's attorney, in opposition.

Decided April 28, 1998